UNITED STATE DISTRIC COURT
DISTRICT OF MASSACHUSETTS

Aden Osman

VS

Reza Aslan and Random House Inc.

**Complaint**

1. The plaintiff is a resident of Allston, Suffolk County, Massachusetts.
2. Defendants Reza Aslan and Random House, Inc. are based in California and New York respectively.
3. In 2002, I wrote my manuscript titled there is No god but God for explaining Islam to non – Muslims following September 11, 2011. I specifically targeted people of the Jewish and Christian faiths to show how their faiths share roots with Islam. It was the first time that the Islamic testification of faith "La ilaha ila Allah" was aptly translated word by word as "No god but God." Previous translation read "There is no other deity worthy of worship but Allah" or "No God but Allah." These translations also failed or refrained from translating Allah as God. I then took my manuscript for endorsement to a Muslim clergy or Imam in-charge of the Islamic Society of Boston at 204 prospects St. in Cambridge, MA. My understanding with the Imam was that the Mosque help me publish my book as the idea is new and educational. Due to some misunderstanding with some mosque members, I sought the services of American Literary Press of Baltimore, Maryland for the publication of my manuscript. They liked my manuscript and asked for $6,000 for its publication. While I was pursuing the previous case and soliciting for funds to publish with American Literary press, a Mr. Reza Aslan and Random House Inc. published a book with my manuscript's title-"No god but God" and with contents astonishingly similar although they had reworked the manuscript and distorted its contents. I immediately consulted with attorney Benjamin Seisler whom I had engaged in the previous case and also contacted other lawyers (see attached copies).

Random house also outsourced my manuscript's contents to Hans Kung and his publisher One World Publisher that came out with the book titled ISLAM. I intend to publish my manuscript but have always wanted to do only after the plagiarism is exposed.

I request relief from Mr. Reza Aslan and Random house Inc. in the amount of $10 million. I also request for a Jury trial.

Sincerely,

Name:           Aden Hussein Osman
Published as:   Adam Hussein
Address:        50 Empire St. Apt #1
Tel:            8572510978
Attachments:    (5)